IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL MCLAUGHLIN                                                                    PLAINTIFF

v.                                                          CIVIL NO. 2:13-cv-285-HSO-RHW

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION, AFFIRMING COMMISSIONER'S DECISION, AND DISMISSING CASE WITH PREJUDICE**

This matter is before the Court on submission of the Report and Recommendation [14] of United States Magistrate Judge Robert H. Walker, entered in this cause on October 29, 2013.  No objections to the Report and Recommendation have been filed. Where a party fails to file specific objections to a magistrate judge's rulings, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Based on the record before the Court, the undersigned finds that the Magistrate Judge's findings are neither clearly erroneous nor contrary to law, and that he properly recommended that the decision of the Commissioner of the Social Security Administration be affirmed.  After referral of hearing by this Court, no objections having been filed, and the Court, having fully reviewed the same as well as the record in this matter, finds that the Magistrate Judge's Report and Recommendation [14] should be adopted in its entirety as the finding of this Court,

the Commissioner's decision should be affirmed, and this case should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [14] of United States Magistrate Robert H. Walker entered in this cause on October 29, 2013, is adopted in its entirety as the finding of the Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** A separate judgment will be entered in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 2nd day of April, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE